# EXHIBIT A

H.E. Obiang Nguema Mbasogo
Presidente
República de Guinea Ecuatorial

24 de Abril 2013

Su Excelencia:

Gracias por su interés en proseguir las discusiones relacionadas con la celebración de la Miss Universo 2013 en Guinea Ecuatorial. Esta carta es nuestro reconocimiento de la participación de Guinea Ecuatorial y es con el fin de proporcionar las condiciones generales para la evaluación y la búsqueda de un acuerdo para mantener el concurso de 2013.

El concurso de Miss Universo es un evento que abarca aproximadamente un período de tres semanas en el lugar. El país hospedante se encargará de proporcionar ciertos Bienes y Servicios (G & S), así como un anfitrión Fee Sitio Cash. A cambio, la Organización Miss Universo proporciona una exposición global a través de diversos medios, incluyendo transmisión por televisión a más de 180 países. El G & S que siempre incluyen pero no se limitan a: sede de los espectáculos, las instalaciones para las operaciones del personal, alojamiento en hoteles para el personal, los concursantes y el talento, boletos de avión ida y vuelta, transporte local, la seguridad, las comidas para los concursantes y su personal inmediato, y en la encuesta y determinados costes de producción. El país anfitrión tiene la obligación financiera total del sitio, tanto G & S y el pago del sitio de acogida, es de catorce millones de USD ($ 14.000.000) sujetos a una inspección del lugar por personal de Miss Universo. El estudio determinará si el G & S está dentro de los estándares exigidos por el concurso de Miss Universo y dentro de las hipótesis presupuestarias.

Si la inspección del lugar produce una evaluación satisfactoria y todas las partes están de acuerdo a los términos generales, enviaremos el Acuerdo Site Host, lo que requerirá la plena ejecución y un pago inicial no reembolsable de cuatro millones de dólares ($ 4,000,000). Una carta de crédito (LOC) debe ser emitido por el saldo a través de una institución financiera reconocida internacionalmente, que debe ser aprobado por nuestro banco, JPMorgan Chase. El LOC debe ser proporcionado a la firma del Acuerdo Site Host. Los pagos restantes serán a plazos con el pago final a más tardar el 31 de agosto de 2013. El certamen está prevista para diciembre de 2013.

Esta carta deberá de ninguna manera constituir una prohibición o una barra contra cualquier negociación que Miss Universo actualmente puede ser la celebración o el Miss Universo que se celebrará en el futuro, en el entendimiento y acuerdo en que universo es libre, a su absoluta discreción, para entrar en forma expresa convenios de acogida de cualquier país o territorio.

Esperamos con interés sus comentarios sobre este proyecto y seguir adelante con un estudio inicial del sitio.

Por favor, no dude en llamarnos con cualquier pregunta que pueda tener.

Respetuosamente,

Larry Parra
Vice President, Finance & Chief Financial Officer
La Organización Miss Universo

cc: H.E. Sr. Anatolio Ndong Mba, Embajador de la República de Guinea ante las Naciones Unidas


H.E. Mr. Obiang Nguema Mbasogo
President
República de Guinea Equatorial