# EXHIBIT B



A Donald J. Trump & NBCUniversal Partnership | TRUMP NBCUniversal

H.E. Mrs. Constancia Mangue De Obiang  
First Lady  
Republic of Equatorial Guinea

May 15, 2013

I heard you will be traveling to the United States in June and would like to extend an invitation for you to join us for the Miss USA 2013 Pageant in Las Vegas.

On Sunday, June 16th, fifty-one of the most beautiful women in the United States will compete for the crown at Planet Hollywood Resort & Casino in Las Vegas, Nevada. The Miss USA pageant is now televised in 90 countries and territories around the world and is one of the top social media trending topics. The winner of the Miss USA competition will go on to compete in the Miss Universe Pageant.

Please let us know if you will be able to attend. We will need the names of your guest, your date of arrival and the hotel where you will be staying, as soon as you have this information, so that we may arrange to host you properly. I recommend arriving at least a full day before the show to allow us time to give you a tour of the operation and theater.

We look forward to welcoming you to Las Vegas and introducing you to the sensation that is the Miss USA pageant.

Sincerely,

Paula M. Shugart  
President  
Miss Universe Organization



Misión Permanente de la República de
Guinea Ecuatorial ante las Naciones Unidas
*800 Second Avenue.*
*New York, N.Y. 10022*
*Tel: (212) 223 2324  Fax: (212) 223 2366*

Num: 014/13/I.A.S

Nueva York, a 24 de mayo de 2013

**Sra. Paula M. Shugart**
Presidenta de la Organizacion de Miss Universo

Honorable Señora Presidenta,

Me complace escribirla en relación a su carta de fecha 15 de mayo actual, que dirigió a la Excma. Sra. Constancia Mangue de Obiang, Primera Dama de la Republica de Guinea Ecuatorial, invitándola a participar en el acto Miss Estados Unidos 2013, a tener lugar en Las Vegas, el domingo 16 de junio próximo. Al respecto, quiero expresarla la satisfacción de la Primera Dama de la Nación por la invitación; no obstante, por problema de agenda se ha visto obligada a delegar a la Excma. Sra Guillermina Mba Mokuy, Ministra Delegada de Cultura, presentarla en este importantísimo acto, quien estará acompañada por las siguientes personas:

-Ilmo. Sr. Pelagio Mangue Mbomio, Director General de Bibliotecas y Museos
-Sra. Sonia Okomo Ondo, Jefa de Gabinete de la Ministra Delegada
-Sra. Clotidle Abeso Abere, Secretaria de Gabinete de la Ministra Delegada
-Sra. Milagrosa Conception Matapa Boko, Camarografa

Ruego acepte señora Presidenta, mi sincera y distinguida consideración.

MBOMIO NDONG MANGUE
Primer Secretario-Encargado de Negocios. a.i
De la Misión Permanente de la Republica de Guinea Ecuatorial ante las Naciones Unidas

# NON-OFFICIAL TRANSLATION

New York, May 24th, 2013

Mrs. Paula M. Shugart
President
Miss Universe Organization

Honorable Mrs. President,

I am pleased to write in relation to your letter dated May 15 today, which led to the Hon. Ms. Constancia Mangue de Obiang, First Lady of the Republic of Equatorial Guinea, inviting her to participate in the Miss USA 2013 event to take place in Las Vegas, on Sunday 16th June. In this regard I want to express the satisfaction of the First Lady's Office for the invitation, however, by scheduling problem has been forced to delegate to the Hon. Ms. Guillermina Mokuy Mba, Minister Delegate for Culture, present at this important event, who will be accompanied by the following people:

- Mr. Pelagio Mangue Mbomio, Director of Libraries and Museums
- Mrs. Okomo Sonia Ondo, Chief of Staff of the Minister Delegate
- Mrs. Abeso Clotidle Abere, Secretary of Cabinet of the Minister Delegate
- Mrs. Boko Matapa Miraculous Conception, cameraman

Please accept, Madam President, my sincere consideration.

Juan MBOMIO NDONG MANGUE
First Secretary, Charge d'Affaires. a.i
Permanent Mission of the Republic of Equatorial Guinea to the United Nations

# NON-OFFICIAL TRANSLATION

New York, May 24th, 2013

Mrs. Paula M. Shugart
President
Miss Universe Organization

Honorable Mrs. President,

I am pleased to write in relation to your letter dated May 15 today, which led to the Hon. Ms. Constancia Mangue de Obiang, First Lady of the Republic of Equatorial Guinea, inviting her to participate in the Miss USA 2013 event to take place in Las Vegas, on Sunday 16th June. In this regard I want to express the satisfaction of the First Lady's Office for the invitation, however, by scheduling problem has been forced to delegate to the Hon. Ms. Guillermina Mokuy Mba, Minister Delegate for Culture, present at this important event, who will be accompanied by the following people:

-Mr. Pelagio Mangue Mbomio, Director of Libraries and Museums
-Mrs. Okomo Sonia Ondo, Chief of Staff of the Minister Delegate
-Mrs. Abeso Clotidle Abere, Secretary of Cabinet of the Minister Delegate
-Mrs. Boko Matapa Miraculous Conception, cameraman

Please accept, Madam President, my sincere consideration.

Juan MBOMIO NDONG MANGUE
First Secretary, Charge d'Affaires. a.i
Permanent Mission of the Republic of Equatorial Guinea to the United Nations

From: "Parra, Larry" <lparra@missuniverse.com>
Subject: Fwd: DELEGATION FROM EQUATORIAL GUINEA
Date: June 13, 2013 at 11:40:01 AM EDT
To: Guy Christian Agbor <cagboresq@gmail.com>
Cc: Paul Hugo <paulhugo49@yahoo.com>

Guy please make it clear to the delegation that we have not offered hotel accommodations. I don't them arriving expecting this. It is not possible to do this as explained in an earlier email we have many visitors. The offer is to provide tickets for the show in ViP section and a tour if the production.
I ask you to confirm this is understood and will be communicated before they take off.

Thanks

Larry


Sent from my iPhone
.... the journey is the reward,,,,

Begin forwarded message:

From: clotilde abeso abere <clotilde_abeso@hotmail.com>
Date: June 13, 2013, 8:32:57 AM PDT
To: "Parra, Larry" <lparra@missuniverse.com>
Subject: DELEGATION FROM EQUATORIAL GUINEA

Good morning Lord Larry:

I am Clotilde Abeso Abere of the delegation of Equatorial Guinea.
Mrs. Paula President of Miss Universe, invited the First Lady of my country Doña Constancia Mangue to attend the event which will take place in Las Vegas on the 16th of this month, and the first lady to delegate to the Minister of Culture and Tourism DoñaGuillermina Mekuy Mba Obono.


Now we are in NY, and travel to Las Vegas tomorrow morning, we arrive in Las Vegas at 6:05 PM, with the company

DeltaAirlines flight No. 1773.

What I want to know is:

if a person have to go to pick us,

hotel where we stay.

The invitations to the event

As the Minister will on behalf of the First Lady of our country, is accompanied by a delegation, that is:

Mba Obono Mekuy Guillermina
Clotilde Abeso Abere
Ppelagio Mangue Mbomio Mbengono
Felisa Mangue Obiang
Sofia Mokuy Ela
Patricia Obiang Mbasogo
Restituta Mifumu Nguema Okomo

Thank you very much for everything and hope for a reply as soon as possible

From: Guy Agbor cagboresq@gmail.com
Subject: Fwd: Miss USA Pageant
Date: June 17, 2013 at 9:29 PM
To: anatolio Ndong MBA anatolio_ndong_mba@yahoo.es



Sent from my iPad

GuyChristian

Begin forwarded message:

From: "Parra, Larry" <lparra@missuniverse.com>
Date: June 17, 2013, 7:13:33 PM EDT
To: "Guy Agbor (cagboresq@gmail.com)" <cagboresq@gmail.com>
Subject: Miss USA Pageant

Hi Guy.
It appears the delegation was not satisfied with the seats we gave them. We put them right in the center section in the best row that was still available. With a straight on view to the stage. We have many contractual commitments to sponsors, to the Las Vegas host and the Caesars properties, and had seats already allotted to them. We did the best seats we could find.
Additionally I was told one of the delegates with a video camera was angry that she couldn't bring in a video camera. She apparently was very vocal with our coordinator. As you no video recording is not allowed during live performances in general at live shows in the U.S. In any case it was explained to her.
We did find time for them to meet Paula during a very busy time for her, while producing the show. That's not something she usually does.
We tried to accommodate them as best as possible during a very busy and hectic time. Please explain that to them.
Thanks,
Larry



Larry Parra | Vice President, Finance & CFO | Miss Universe Organization