# EXHIBIT C



H. E. Obiang Nguema Mbasogo
President of the Republic of Equatorial Guinea
Malabo, Equatorial Guinea

May 15, 2013

Su Excelencia:

Para la solicitud de celebrar el concurso de Miss Universo en Guinea Ecuatorial, se requiere el pago de $14 milliones. Este pago sería responsabilidad financiera plena y total del país anfitrión. Este pago incluye la Tarifa de Sitio y de los bienes y servicios, que sean necesarios para el evento. No habría ninguna obligación financiera adicional. Sin embargo, esto supone

a) que el modelo tiene la infraestructura necesaria, el lugar y alojamientos que cumplen nuestros requisitos y que los bienes y servicios para los que la Organización Miss Universo es responsable se ofrecen a precios favorables y,

b) las obligaciones no financieras de acogida son proporcionados por el anfitrión, en el incumplimiento de estos servicios daría lugar a la Organización Miss Universo incurrir en costos adicionales e imprevistos, como el suministro de exenciones, en su caso, de los honorarios de importación de equipos, derechos, requisitos de visado, etc

El Acuerdo de Sede actual proporcionará todos los detalles acerca de las responsabilidades y de los bienes y servicios requeridos.

Si usted tiene alguna pregunta por favor no dude en ponerse en contacto conmigo. Finalmente, Por favor, tenga en cuenta que la encuesta debe hacerse tan pronto como sea posible, así como el depósito de los $ 4 millones por el 08 2013 porque tenemos una extensa lista de países que quieren ser sede de este eve

Saludos,

Lawrence Parra
Vice President Finance & Chief Financial Officer

From: Parra, Larry lparra@missuniverse.com
Subject: Miss Universe Pageant
Date: May 15, 2013 at 1:49 PM
To: Guy Agbor (cagboresq@gmail.com) cagboresq@gmail.com



Per your request to clarify the cash requirement of USD $14 million for the right to hold the Miss Universe Pageant in Equatorial Guinea, the payment would be the full and total financial responsibility of the Host country. This payment includes the Site Fee and the Goods & Services that are necessary for the event. There would be no further financial requirement of the Host. However, this assumes

a) that the Host has the necessary infrastructure, venue and accommodations that meet our requirements and that the Goods & Services for which the Miss Universe Organization is responsible are offered at favorable rates and,

b) the Host non-financial responsibilities are provided by the Host, where the non-performance of these services would result in the Miss Universe Organization incurring additional and unanticipated cost, such as providing waivers, if applicable, on equipment import fees, duties, visa requirements, etc.

The actual Host agreement will provide full detail on the responsibilities and the required Goods & Services.

If you have any further questions please do not hesitate to contact me.

Regards,



**Larry Parra | Vice President, Finance & CFO | Miss Universe Organization**
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com | P 212.373.4876