# EXHIBIT D



## DHL Waybill (Archive Doc)

**From:** Permint Mission of Equatorial Guin
Guy Christian Agbor  Phone: 917-399-4688
231 west 148th street Apt#/ 5-L
NEWYORK NY 10039
United States

**To:** Don Armando Dougan Champion
Consejero De La Presidencia
kidoski@yahoo.com

MALABO
Guinea-equatorial

Contact: 240 222266254

Origin: ZYP

**Product:** P
**Payment Code:** EXPRESS WORLDWIDE
**FRT:** CREDUSA
**Service:** DTU

**Account No:** CREDPROMO
**EEI:** AES ITN Request

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**Date:** 2013-06-04
**Shpt Weight:** 9.0 lb
**Piece:** 1

**Features/Services:**
Shipment Value Projection
Duties and Taxes Unpaid

**Customs Value:** 6000.00 USD
**Content:** 10 Cell phone's individual boxes.

WAYBILL 91 3672 1241

GQ-SSG-SSG

License Plates of pieces in shipment:
- JD01 2959 8234 2112 3818

---

## Please fold or cut in half

### DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

**SENDER'S RECEIPT**
WAYBILL #: 91 3672 1241

**To (Company)**
Don Armando Dougan Champion
Consejero De La Presidencia
kidoski@yahoo.com

MALABO
Guinea-equatorial
Attention To:
Phone: 240 222266254

**Sent By:** Guy Christian Agbor

**Phone:** 917-399-4688

**Rate Estimate:** $355.57
**Protection:** Asset Protection US 6000.00
**Description:** 10 Cell phone's indivsual boxes.

**Customs Value:** 6000.00 USD
**Weight (lbs.):** 9.0 lb

**Ship Ref:**

**Special Svc:** Shipment Value Protection
Duties and Taxes Unpaid

**Bill Shipment To:** SENDER
**Bill to Acct:**

DHL Signature (optional)_____  Route_____ Date_____ Time_____

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

# Sale of Goods Agreement

This contract for the sale of goods is entered into as of **06/26/2013**, by and between GUYCHRISTIAN AGBOR, NEW YORK NY (the "Seller"), and ARMANDO DOUGAN CHAMPION/ PRESIDENCY OF THE REPUBLIC OF EQUATORIAL GUINEA / REPUBLIC OF EQUATORIAL GUINEA (the "Buyer").

The parties agree as follows:

1. **Sale of Goods:** Pursuant to the terms and conditions of this Agreement, the Seller agrees to transfer ownership and deliver possession to the Buyer, and the Buyer shall pay for and accept from the Seller, the "Goods" listed at such prices as agreed by the Parties in this Agreement.
   1.1. Description of Goods Sold: The Buyer is purchasing NEW 15 CELLPHONES (IPHONE 5 ) 15 GALAXY S 5 from the Seller.

2. **Purchase Price:** As consideration for the sale of the goods, on 06/26/2013, the Buyer shall pay to the Seller the purchase price of **$ 50,000.00** (the "**Purchase Price**").

3. **Payment Terms**: Unless otherwise stated, payment for the Goods is due within 60 DAYS of the date of the Seller's invoice. The Buyer shall pay a late fee 50% PER ANNUM of late fee

4. **Seller's Representations:** The Seller hereby represents and warrants to the Buyer as follows:
   4.1. The Seller has full right, power, and authority to sell the Goods.
   4.2. The Good will be sold as described and this sale is made "AS IS."

5. **Delivery of Goods/Shipping:** The Seller shall deliver the goods per the terms listed below:
   5.1. Date of Delivery: The Goods shall be delivered to the Buyer on 06/26/2013 .
   5.2. Location of Delivery: The Seller shall deliver the Goods to the location specified by the Buyer here: MALABO /DHL/ PRESIDENCY
   5.3. Delivery Notice:. The Seller will notify the Buyer of any delays that may affect the expected delivery date.
   5.4. Risk of Loss: The Seller assumes responsibility for the Goods, and all risk of damage, loss, or delay of the Goods, until the Goods are delivered to or collected by the Buyer. Once the Goods have been delivered to or collected by the Buyer, the Buyer assumes all responsibility for and risk of damage to such Goods.

**6.Refund and Cancellation Policy:**
   6.1. No Refunds:

6.2. . The Buyer will be assumed to have accepted the Goods unconditionally unless a claim that a Good is defective is made within number of days buyer has to inspect delivered goods days from the date of delivery.

7. **Force Majeure:** The Seller and the Buyer shall not be considered in default hereunder or be liable for any failure to perform or delay in performing any provisions of this Agreement in the customary manner to the extent that such failure or delay is caused by any reason beyond its control, including any act of God. The Party whose performance has been interrupted by such circumstances shall use every reasonable means to resume full performance of this Agreement as promptly as possible.

8. **Representations & Applicable Law:**
   8.1. **Authority to Sign:** Each party promises to the other party that it has the authority to enter into this Contract and to perform all of its obligations under this Contract.

   8.2. This Contract is Subject to New York Law in New York Court, the choice of law is New York

9. **General:**
   9.1. **Modification(s):** To change anything in this Contract, the Client and the Business must agree to the change in writing and sign a document showing their contract.

   9.2. **Signatures:** The Client and the Business must sign the document either electronically or in hardcopy. If this document is signed in hard copy, it must be returned to the Business for valid record. Electronic signatures count as originals for all purposes.

10. **Term and Termination:** If one of the parties chooses to end the Agreement prior to product delivery, the Buyer is responsible for paying for all work and costs incurred up until that date.

The Parties hereto agree to the foregoing as evidenced by their signatures below.

Date 06/26/2013 _____   Date 06/26/2013 _____
Seller's signature                         Buyer's signature

# GUYCHRISTIAN AGBOR
INVOICE 08-28-2013

231 W 148th Street # 5 L
New York NY 10039

**ARMANDO DOUGAN CHAMPION**
Advisor to the President of Republic of Guinea
Presidency of the Republic of Guinea
Malabo Equatorial Guinea

BALANCE DUE
Upon Receipt

$50,000.00

Notes

50% Annual fees will be charged if the invoice is not paid.

Use this space for comments to your client.

| Item | Qty | Rate | Amount |
|---|---|---|---|
| Iphones 5 | 15 | 1700.00 | 25500.00 |
| Galaxy S 5 | 15 | 1650.00 | 24,500.00 |

Subtotal  $50,000.00
Tax - 0%  $0.00