UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2019 MAY 10 PM 12: 05

------------------------------------------------------- x

GUYCHRISTIAN AGBOR,

Plaintiff,

v.

PRESIDENCY OF THE REPUBLIC OF EQUATORIAL GUINEA, TEODORO OBIANG NGUEMA MBASOGO, AND DOUGAN CHAMPION ARMONDO

Defendants.

------------------------------------------------------- x

**NOTICE OF MOTION**

Case No. 18-CV8611

PLEASE TAKE NOTICE that Plaintiff GUYCHRISTIAN AGBOR PRO SE requests that the Court: moves to sanction Defendants and their counsel of record for knowingly and purposefully misleading and misrepresenting the court and failing repeatedly to serve court documents to plaintiff.

In support of this motion, I submit the following documents (check all that apply):

- ☒ a memorandum of law
- ☒ my own declaration, affirmation, or affidavit
- ☒ the following additional documents: *Two witness declaration*

Dated: 05/10/19

Signature: [signed]

Name: GUYCHRISTIAN AGBOR

Address: 231 W 148th St #5L

City: New York

State: NY

Zip Code: 10039

Telephone Number: 917-399-4688

E-mail Address: [illegible]@gmail.com

SDNY Rev: 5/24/2016