UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

GUYCHRISTIAN AGBOR,

Plaintiff,

v.

PRESIDENCY OF THE REPUBLIC OF EQUATORIAL GUINEA, TEODORO OBIANG NGUEMA MBASOGO, AND DOUGAN CHAMPION ARMONDO

Defendants.

--------------------------------------------------------------- x

Case No. 18-CV8611

# DECLARATION

### IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS

I GUYCHRISTIAN AGBOR PRO SE, declare under penalty of perjury that the following facts are true and correct:

1- That Plaintiff, GUYCHRISTIAN AGBOR, has not received to this date a copy of Defendant's motion requesting an Extension of Time to File Responsive Pleadings, and that the only set of documents received are in relation with Defendants' motion to dismiss;

2- That, Plaintiff has sent a letter to this court on January 7, 2019 (Dkt. No .21) attempting to alert the court so the court could take appropriate measures to reset the deadline to respond and instruct Defendants to serve a copy of their motion to Plaintiff;

3- That, Plaintiff was obligated to include his opposition in the response opposing Defendants' motion to dismiss under an omnibus motion surely confusing the court but without the intent to do so;

4- That, there are two witnesses declaring under oath that they have knowledge of these

1

transactions, and that in fact everyone at the Permanent Mission of Equatorial Guinea in New York have knowledge of these two contract and these witnesses have submitted sworn declaration to this court.

5- That, the witness declaration attest that Defendants and their counsel were all aware that this lawsuit has been filed since September 2018 against Defendants and the need to either pay or appear in court through some form of legal representation;

6- That, Defendants through their counsel misled this court in order to be granted leave of court to file their responsive pleadings out of time, by way of providing bad faith arguments and therefore not qualified under 'Good cause" standard required to obtain leave of court out of time;

7- That, Defendants have been threatening to fire from their livelihood, the two witnesses who submitted their sworn declarations to this court as to the facts that they have seen Defendants and their Counsel discuss the case since September 2018.

05/10/19
Dated

GUYCHRISTIAN AGBOR
Name

231 W 148th Street # 5L New York   NY   10039
Address                                    City              State      Zip Code

917-399-4688
Telephone Number (if available)

Signature

Prison Identification # (if incarcerated)

agbress@gmail.com
E-mail Address (if available)

2