UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUYCHRISTIAN AGBOR,<br><br>                                      Plaintiff,<br>                  -v-<br><br>PRESIDENCY OF THE REPUBLIC OF<br>EQUATORIAL GUINEA, et al.,<br><br>                                      Defendants. | 18 Civ. 8611 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

    The Court has reviewed plaintiff Guychristian Agbor's application to proceed without prepaying fees or costs. Dkt. 66. The Court grants Agbor leave to proceed *in forma pauperis*. 28 U.S.C. § 1915.

    For the reasons set forth in the Report and Recommendation of the Hon. Robert W. Lehrburger, United States Magistrate Judge, Dkt. 59 at 37–40 and in this Court's August 1, 2019 Opinion and Order, Dkt. 62 at 5, Agbor's claims relating to the Miss Universe pageant fail on their face to state a claim. The Court therefore *sua sponte* dismisses those claims, with prejudice. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (district court may dismiss any part of an *in forma pauperis* action where it is satisfied that the action "fails to state a claim on which relief may be granted"). Should Agbor properly effectuate service of his amended complaint, he may pursue his claim concerning defendants' purchase of cellphones.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 13, 2019
       New York, New York