USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUYCHRISTIAN AGBOR,

                Plaintiff,

-against-

PRESIDENCY OF THE REPUBLIC OF EQUATORIAL GUINEA, et al.,

                Defendants.

18 Civ. 08611 (PAE) (RWL)

**ORDER OF SERVICE**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. He was granted permission to refile his Complaint as to one of his claims following dismissal without prejudice of that claim. (Dkt. 62, 67.) Accordingly, the Clerk of Court is directed to issue summonses as to Defendants Presidency of the Republic of Equatorial Guinea, Teodoro Obiang Nguema Mbasogo, and Dougan Champion Armando.

Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served them and filed proof of the same, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

                SO ORDERED.

                _____ 12/10/19
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated:     December 10, 2019
            New York, New York

Copies sent to all counsel of record via ECF and mailed to:

Guychristian Agbor
231 W 148th Street #5L
New York, NY 10039