UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GUYCHRISTIAN AGBOR,                    :
                                       :
                    Plaintiff,         :
                                       :
        - against -                    :
                                       :
PRESIDENCY OF THE REPUBLIC OF          :
EQUATORIAL GUINEA, et al.,             :
                                       :
                    Defendants.        :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/29/2020
```

18-CV-8611 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        As discussed during today's conference, Defendants have now been served.  The
Court previously dismissed with prejudice the claim concerning the Miss Universe
pageant.  The only remaining claim concerns the alleged cellphone contract.  By
**November 6, 2020**, Defendants shall submit a letter in accordance with this Court's rules
addressing the issue of whether Defendants are procedurally permitted to renew or make
a new motion to dismiss now that the procedural basis for dismissal has been cured.
Plaintiff may file a response no later than **November 13, 2020**.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated:  October 29, 2020
         New York, New York

Copies transmitted this date to all counsel of record.

The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note
service on the docket:

1

Guychristian Agbor
231 W 148th Street #5L
New York, NY 10039