```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GUYCHRISTIAN AGBOR,                          :
                                             :
                        Plaintiff,           :
                                             :
        - against -                          :
                                             :
PRESIDENCY OF THE REPUBLIC OF                :
EQUATORIAL GUINEA, et al.,                   :
                                             :
                        Defendants.          :
---------------------------------------------------------------X
```

18-CV-8611 (PAE) (RWL)

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 12/4/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held on December 4, 2020, the parties shall meet and confer as to whether they agree to a stay of discovery pending determination of Defendants' motion to dismiss. If the parties do not agree, then Defendants shall file their application for a stay by **December 11, 2020**, and Plaintiff shall file his opposition by **December 30, 2020**. There will be no reply unless requested by the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 4, 2020
        New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

  Guychristian Agbor
  231 W 148th Street #5L
  New York, NY 10039