```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUYCHRISTIAN AGBOR,

                          Plaintiff,

         - against -

PRESIDENCY OF THE REPUBLIC OF
EQUATORIAL GUINEA, et al.,

                        Defendants.
------------------------------------------------------------X

18-CV-8611 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As indicated by the document filed at Dkt. 103, the parties have agreed that discovery should be stayed pending determination on Defendants' pending motion to dismiss. The Court agrees that a stay is warranted. Accordingly, discovery is hereby stayed pending determination on Defendants' motion to dismiss.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 4, 2020
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

   Guychristian Agbor
   231 W 148th Street #5L
   New York, NY 10039