**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GUYCHRISTIAN AGBOR,

                      Plaintiff,

      -against-                                  18 **CIVIL** 8611 (PAE)

                                                                 **<u>JUDGMENT</u>**

PRESIDENCY OF THE REPUBLIC OF
EQUATORIAL GUINEA, et al.,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Opinion dated September 1, 2021, defendant's motion to dismiss is granted in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

      September 1, 2021

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                            **BY:**                  *K. Mango*

                                                              **Deputy Clerk**